SANDRA A. MANINO, AN INFANT BY HER GUARDIAN, JOSEPH MANINO, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. SOL SCHEINER, DEFENDANT-PETITIONER.

*Mr. Walter H. Jones* and *Mr. Robert J. Buckalew* for the petitioner.

*Mr. Samuel Jacobs* and *Messrs. Levy, Lemken & Margulies* for the respondents.

January 28, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY J. COSTELLO, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rossetti* for the respondent.

January 28, 1969. Denied.

DORA A. DAUGHENBAUGH, PLAINTIFF-PETITIONER, v. RUSSELL MAGEE, M.D., DEFENDANT-RESPONDENT.

*Miss Dora A. Daughenbaugh, in propria persona.*

*Messrs. Kisselman, Devine, Deighan & Montano* for the respondent.

January 28, 1969. Denied.